UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN A. DENTON                                                                                    PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 1:06CV729-RHW

OCEAN MARINE GROUP, INC.                                                          DEFENDANT

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a)(1), and consistent with the Court's memorandum and opinion granting Defendant's [5] Motion to Dismiss, the Court enters this separate judgment dismissing Plaintiff's complaint for lack of subject matter jurisdiction.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's lawsuit is hereby dismissed for lack of subject matter jurisdiction.

SO ORDERED, this the 28th day of March, 2007.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE